IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CEDRIC ANDRE GEORGE, JR., | § § | |
| *Plaintiff,* | § § | SA-23-CV-01148-ESC |
| vs. | § § | |
| TRAFFIC TEAM, INC., MUHAMMAD KALEEM IBRAHIM, | § § § | |
| *Defendants.* | § § | |

## CASE CLOSING ORDER

Before the Court in the above-styled cause of action is the parties' Stipulation of Dismissal Pursuant to F. R. C. P. 41(a)(1)(A)(ii) [#21], by which Plaintiff and Defendants stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 1st day of May, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE